RADER, Circuit Judge,
dissenting.
In this case, Impresa moved without opposition to voluntarily dismiss its appeal. Our court issued the mandate—by all measures a final judgment because it covered the entire case and all issues. The grant of the voluntary dismissal ended this litigation with a judgment that is “final and not appealable.” See Melkonyan v. Sullivan, 501 U.S. 89, 95-96, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991). After all, Impresa cannot appeal the grant of its own motion. None of the exceptions to this rule in Briseno v. Ashcroft, 291 F.3d 377 (5th Cir.2002), or Bryan v. Office of Personnel Management, 165 F.3d 1315 (10th Cir.1999), apply to this voluntary dismissal which neither party could appeal. Therefore, Impresa cannot now revive a corpse it buried with its own motion.